UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04cr10396 PBS |
| v. ) | |
| ) | 21 U.S.C. § 846 - Conspiracy To |
| JUAN AGUSTIN CARABALLO ) | Possess With Intent to Distribute |
| JEAN CLAUDE MULLER, ) | and Distribute Cocaine |
|     Defendants. ) | |
| ) | 21 U.S.C. §841(a)(1) - |
| ) | Possession Of Cocaine With |
| ) | Intent To Distribute |
| ) | |
| ) | 18 U.S.C. § 2 - Aiding and |
| ) | Abetting |
| ) | |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE:**   (21 U.S.C. § 846 - Conspiracy To Distribute And To Possess With Intent To Distribute Cocaine).

In or about February 2002 at Auburn, Weston, in the District of Massachusetts and elsewhere,

**JUAN AGUSTIN CARABALLO and
JEAN CLAUDE MULLER,**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the United States, to possess with intent to distribute and to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

It is further alleged that this offense involved at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**       **(21 U.S.C. § 841(a)(1) - Possession Of Cocaine With Intent To Distribute; 18 U.S.C. § 2 - Aiding and Abetting).**

The United States Attorney charges that:

On or about February 27, 2002 at Auburn, Weston, and elsewhere in the District of Massachusetts,

**JUAN AGUSTIN CARABALLO and
JEAN CLAUDE MULLER,**

defendants herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this offense involved at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**Notice Of Additional Factors**

The United States Attorney further charges that:

1.  Defendant Juan Caraballo is responsible for at least 500 grams but less than two kilograms of cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to this defendant.

2.  Defendant Jean Muller is responsible for at least 500 grams but less than two kilograms of cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to this defendant.

                              **MICHAEL J. SULLIVAN**
                              United States Attorney

          By: _____
               Neil J. Gallagher, Jr.
               Assistant U.S. Attorney

DATED:    December 28, 2004.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Auburn    Category No. __I__    Investigating Agency __DEA/MSP__

City __Boston__    Related Case Information:

County __Suffolk__    Superseding Ind./ Inf. __XXX__    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Juan Augstin Caraballo__    Juvenile: ☐ Yes   X No

Alias Name _____

Address __75 Baker Street, Lynn, MA__

Birthdate: __1959__    SS # __xxx-xx-3114__    Sex: __Male__    Race: __Hispanic__    Nationalit __Dominican Rep.__

Defense Counsel if known:    __William Keefe, Esq.__    Address __350 Centre St., Jamaica Plain, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil J. Gallagher, Jr.__    Bar Number if    __VA Bar No. 41457__

Interpreter:    x Yes    No    List language and/or dialect:    __Spanish__

Matter to be SEALED:    Yes    X No

    XX    Warrant Requested    Regular Process    In custody at Worcester HOC

**Location Status:**

Arrest Date    __2/27/02__

    Already in Federal Custody as of _____ in _____ .
X   Already in State Custody at Worcester HOC    ☐ Awaiting Trial
☐   On Pretrial Release: Ordered by: _____ on _____

Charging Document:    Complaint    Information XXX    Indictment

Total # of Counts:    ☐ Petty    ☐ Misdemeanor    X Felony 2 ~~counts~~

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __December 28, 2004__    Signature of AUSA: _____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

District Court Case Number   (To be filled in by deputy clerk): _____

Name of Defendant   Juan Augustin Caraballo

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Possess With Intent to Distribute and Distribute More Than 500 Grams of Cocaine | 1 |
| Set 2 | 21 U.S.C. §841(a)(1) | Possession With Intent to Distribute More Than 500 Grams of Cocaine | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:   Defendant is currrently in State custody at the Worcester County House of Corrections.

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** Auburn    **Category No.** I    **Investigating Agency** DEA/MSP

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf.   XXX    Case No. _____
     Same Defendant _____    New Defendant _____
     Magistrate Judge Case Number _____
     Search Warrant Case Number _____
     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Jean Claude Muller    Juvenile:  ☐ Yes   X No

Alias Name    _____

Address    48 Thompson Street, Lynn, MA

Birthdate: x.x.1956    SS # _____    Sex: Male    Race: Caucasian    Nationalit French

Defense Counsel if known:    Mark E. Noonan, Esq.    Address 108 Grove St., Worcester, MA

Bar Number    _____

**U.S. Attorney Information:**

AUSA   Neil J. Gallagher, Jr.    Bar Number if    VA Bar No. 41457

Interpreter:    ☐ Yes    X No    List language and/or dialect: _____

Matter to be SEALED:    Yes    X No

     XX Warrant Requested    Regular Process    Defendant is in custody at Worcester HOC.

**Location Status:**

Arrest Date    2/27/02

☐ Already in Federal Custody as of _____ in _____

X Already in State Custody at the Worcester County HOC.   ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    XXX    Information    Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:    December 28, 2004    Signature of AUSA: _____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

District Court Case Number   (To be filled in by deputy clerk): _____

Name of Defendant   Jean Claude Muller

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Possess With Intent to Distribute and Distribute More Than 500 grams of Cocaine | 1 |
| Set 2 | 21 U.S.C. §841(a)(1) | Possession With Intent to Distribute More Than 500 Grams of Cocaine | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Defendant is currently in State custody at the Worcester County House of Corrections.