AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

v.

JUAN AGUSTIN CARABALLO

**WARRANT FOR ARREST**

**04 CR 10396 PBS**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JUAN CARABALLO
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Possess With Intent to Distribute and Distribute More Than 500 Grams of Cocaine; and Possession With Intent to Distribute Cocaine.

in violation of Title  21  United States Code, Section(s) 841(a)(1) and 846.

Catherine M. Gawlik
Name of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

12-29-04  Boston
Date and Location

RECEIVED 2004 DEC 29 P 3:26 U.S. MARSHAL SERVICE BOSTON, MA

Bail fixed at $ _____    by _____
                            Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT

DATE RECEIVED

DATE OF ARREST  1/25/05

NAME DEFENDANT / TITLE OF ARRESTING OFFICER

Dejaun Pick - DEA
SIGNATURE OF ARRESTING OFFICER

This form was electronically produced by Elite Federal Forms, Inc.