Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 4-5-05
By

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10396-PBS |
| ) | |
| JUAN AGUSTIN CARABALLO ) | |

## WAIVER OF INDICTMENT

I, **JUAN AGUSTIN CARABALLO**, the above-named defendant, who is accused of conspiracy to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. Sec. 846, and possession with intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. Sec. 841(a)(1), , being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on **APRIL 5, 2005** prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_Juan A. Caraballo_
Defendant

_L. K_
Counsel for the Defendant
WILLIAM KEEFE

Before: _____
Judicial Officer