UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                       DOCKET 04-10396-PBS

JUAN AUGUSTIN CARABALLO

### DEFENDANT'S STATEMENT OF PERSONAL HISTORY

Now comes the undersigned, on behalf of Mr. Caraballo, and respectfully provides the following information concerning Mr. Caraballo's personal history and background. The undersigned notes that this information was obtained as a result of an attorney-client interview on April 6, 2005 at the Plymouth County Jail. The following information has not been confirmed.

**Personal and Family Data**

Juan Augustine Caraballo reports he was born on February 23, 1959 in Santiago, Dominican Republic. He reports that his father Juan Pedro Caraballo (age 70), presently lives in Miami Florida. His mother, Maria Almonte (age 67) resides in Santa Domingo, Dominican Republic. Mr. Caraballo grew up in a happy and healthy family with several siblings. He reports that he was raised by his mother after his parents divorced at an early age. He grew up in a household with three other siblings. His father who remarried had three additional children with his second wife. His siblings are: Ricardo (age 50), Rosiemary (age 38), Luis (age 34), Rosemary (age 32), Nelson (age 32), Mildred (age 30), and Ingrid (age 28).

Mr. Caraballo attended primary and secondary school in Santiago, Dominican Republic. He graduated from high school and attended the Autonomous University of Santa Domingo from 1982-1983. He graduated with a degree in architecture, and attended further specialized university training at the Central University of the East in San Pedro de Macoris, Dominican Republic from 1985-1987. This further university education was more specialized architectural learning in order to become a fully licensed architect in the Dominican Republic. As stated above, Mr. Caraballo completed his education and architectural training in 1987, and worked for the following several years as an apprentice architect in the capital, Santa Domingo. He worked with a few private Dominican architectural firms. He also worked for the Dominican Government as a licensed architect during the late 1980's. Mr. Caraballo states that most of his architectural projects were the building of schools in different areas of the Dominican Republic.

Mr. Caraballo reports that he married Oneida Sanchez in Santa Domingo, in the 1980's. He is the father of a 17 year old daughter, Melody, who continues to reside in Santa Domingo with her mother.

Mr. Caraballo immigrated to the United States in 1990, looking for and hoping for a career here as an architect. He is a lawful permanent resident of the United States. He lived in Miami, Florida from 1990 to 1993. During this time period he worked for two years at an agricultural tractor part factory in the Miami area. He moved to New York in 1993 and lived there until 1998. He worked in New York at two different grocery stores in the Washington Heights area of Manhattan. Throughout this period he continued to

work as a private, free-lance architect in the Domican émigré community, for different clients contracting his services for various small scale building projects.

Mr. Caraballo moved to Lynn, Massachusetts in 1998, and resided there until the time of his arrest. He resided primarily in an apartment at 75 Baker Street in Lynn. He was employed at A. D. P. in Lynn, driving a forklift for the two years before his arrest in this case.

Mr. Caraballo reports that he had a very normal, happy and middle class upbringing while growing up in the Dominican Republic. He reports he has very close relations with all of his siblings and parents. He also states that he has a very close relationship with his 17 year old daughter with whom he continues to remain in contact, by writing letters since his incarceration. Mr. Caraballo states that he provided monthly support to Ms. Sanchez and his daughter before his arrest in this case

**Conclusion**

The undersigned respectfully submits the above referenced information as an aid to the Court for the upcoming sentencing hearing.

JUAN AUGUSTIN CARABALLO,
By his lawyer,

4/27/5
Date

WILLIAM KEEFE
BBO # 556817
390 Centre Street
Jamaica Plain, MA 02130
Telephone: (617) 983-9200
Facsimile: (617)983-0733

CERTIFICATE OF SERVICE

I, W KEEFE, hereby certify that this 20th day of April of 2005, I caused copies of the enclosed pleadings to be served on Neil Gallagher in hand / by mail / via courier

3