# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

v.                                   CRIMINAL NO.  04-10396-PBS

**JUAN AUGUSTIN CARABALLO**
   **Defendant**

## MEMORANDUM OF SENTENCING HEARING
## AND
## REPORT OF STATEMENT OF REASONS

Saris, D.J.

   Counsel and the defendant were present for sentencing hearing on 4/28/05. The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines. The reasons for sentence were stated in open court.

1.(a)   Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

         _____ yes    _____ no    N/A

   (b)   If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

2.   Are any legal issues in dispute?

         _____ yes    _____ no    N/A

      If yes, describe disputed issues and their resolution:

      BECAUSE OF THE AMOUNT OF TIME DEFENDANT SPENT INCARCERATED PRIOR TO THE PLEA, AT THE PARTIES' REQUEST, THE PSR WAS WAIVED EXCEPT WITH RESPECT TO THE CRIMINAL HISTORY CATEGORY.

2.(a)   Tentative findings as to advisory guidelines are:

      Total Offense Level: _____21_____

      Criminal History Category: _____I_____

      __37__ to __60__ months imprisonment

      __36__ to __60__ months supervised release

      $___7,500___ to $_75,000_____ fine

```
                       (plus $_____ cost of
                              imprisonment/supervision)
          $_____ restitution

          $    200.00         special assessment ($_____ on
                                                  each of counts _____)
```

   (b)   Are there any legal objections to tentative findings?

                _____ yes   __X__ no

3.(a)   Remarks by counsel for defendant.[1]

                __X__ yes   _____ no

  (b)   Defendant speaks on own behalf.

                _____ yes   __X__ no

  (c)   Remarks by counsel for government.

                __X__ yes   _____ no

4.(a)   The sentence will be imposed as follows:

```
          _____37_____ months imprisonment

          _____ months/intermittent community confinement

          _____ months probation

          _____60_____ months supervised release

      $   ____None_____ fine (including cost of imprisonment/supervision)

      $ _____ restitution

      $ ____200.00_____ special assessment ($_____ on each of
                                             counts _____)
```

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

       Other provisions of sentence: (community service, forfeiture, etc.):

- ONCE DEPORTED, DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE AUTHORIZATION OF THE DEPARTMENT OF HOMELAND SECURITY.

    (b)    After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

5.    Statement of reasons for imposing sentence. Check appropriate space.

(a) **X** Sentence is within the advisory guideline range

(b) ___ Sentence departs from the advisory guideline range as a result of:

    ___ substantial cooperation upon motion of the government

OR

    ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

6.(a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

    **X** yes    ___ no

(b)    If no, why is the guideline sentence unreasonable?

(c)    Is restitution applicable in this case?

    ___ yes    **X** no

Is full restitution imposed?

    ___ yes    ___ no

If no, less than full restitution is imposed for the

following reasons:

(d)  Is a fine applicable in this case?

   __X__ yes   _____ no

Is the fine within the guidelines imposed?

   _____ yes   __X__ no

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

___ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

___ Imposition of a fine would unduly burden the defendant's dependents; OR

_X_ Other reasons as follows:

**DEFENDANT WILL BE DEPORTED.**

7. Was a plea agreement submitted in this case?

   __X__ yes   _____ no

8. The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

9. Judgment will be prepared by the clerk in accordance with above.

10. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_____         \_\_S/PATTI B. SARIS_____
Date                            United States District Judge